**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION

Case No: 1:14-ml-2570-RLY-TAB
MDL No. 2570

This Document Relates to Plaintiff(s):

Heard v. Cook Incorporated, et al. – Case No. 1:17-cv-04592-RLY-TAB

Webb v. Cook Incorporated, et al. – Case No. 1:17-cv-04639-RLY-TAB

Hookfin v. Cook Incorporated, et al. – Case No. 1:18-cv-02888-RLY-TAB

Becker v. Cook Incorporated, et al. – Case No. 1:19-cv-01991-RLY-TAB

Schissler v. Cook Incorporated, et al. – Case No. 1:19-cv-02141-RLY-TAB

Swope v. Cook Incorporated, et al. – Case No. 1:19-cv-02145-RLY-TAB

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Southern District of Indiana Local Rule 83-7(c), Christopher K. Johnston, of Valor Law LLC (formerly Law Office of Christopher K. Johnston, LLC), hereby substitutes his appearance for that of EdRaúl Colón as counsel of record for Plaintiffs in each of the six individual actions identified in the caption above.

Christopher K. Johnston and EdRaúl Colón are attorneys within the same law firm as of the filing of this Notice. Mr. Johnston assumes responsibility as counsel of record on behalf of Valor Law LLC in each identified action.

The Clerk is respectfully requested to substitute Christopher K. Johnston in place of EdRaúl Colón on each identified individual docket, terminate Mr. Colón's appearance and associated electronic notices in those actions, and direct future service intended for Valor Law LLC's counsel to:

Christopher K. Johnston
VALOR LAW, LLC
1413 Ave Ponce de León, Ste. 400 PMB 5610
San Juan, PR 00907
kyle@masstortslaw.com

The substitution affects only counsel of record from Valor Law, LLC, formerly Law Office of Christopher K. Johnston, LLC.

DATED: October 27, 2026.

Respectfully submitted,

*/s/ Christopher K. Johnston*

Christopher K. Johnston
Valor Law, LLC.
(formerly Law Office of Christopher K. Johnston, LLC)
1413 Ave Ponce de Leon
Ste 400 PMB 5610
San Juan, PR 00907
Tel: 787.417.9040
Email: kyle@masstortslaw.com
***Counsel for Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2026, a copy of the foregoing was served electronically, and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system.

*/s/Christopher K. Johnston*