IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION

1:14-ML-02570-RLY-TAB
MDL No. 2570

**This Document Relates to Plaintiff(s):**

Heard v. Cook Incorporated, et al. – Case No. 1:17-cv-04592-RLY-TAB

Webb v. Cook Incorporated, et al. – Case No. 1:17-cv-04639-RLY-TAB

Hookfin v. Cook Incorporated, et al. – Case No. 1:18-cv-02888-RLY-TAB

Becker v. Cook Incorporated, et al. – Case No. 1:19-cv-01991-RLY-TAB

Schissler v. Cook Incorporated, et al. – Case No. 1:19-cv-02141-RLY-TAB

Swope v. Cook Incorporated, et al. – Case No. 1:19-cv-02145-RLY-TAB

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), **Lionides Santana Torres** respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of the Plaintiffs identified in Exhibit 1, attached hereto and incorporated herein by reference, in the above-captioned cases only. In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.,* currently authorized to practice as an attorney) in **Puerto Rico**, since 2023.

2. I have **never** been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have **never** received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. The administrative fees required to process this motion for admission *pro hac vice* is waived in this MDL.

5. This appearance shall not affect the appearance of any other counsel of record in this matter.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated: November 2, 2026.

Respectfully submitted,

/s/ ***Lionides Santana Torres***
Lionides Santana Torres
Valor Law, LLC.
1413 Ave Ponce de Leon
Ste 400 PMB 5610
San Juan, PR 00907
Telephone: (787) 319-2534
Email: lio@masstortslaw.com
*Counsel for plaintiffs*